UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
BENTON DIVISION

| | |
|---|---|
| In the Matter of the Complaint of ATKINSON/DILLINGHAM/LANE, a Joint Venture, and its members, Guy F. Atkinson Construction Corporation, Dillingham Construction, N.A., Inc., and The Lane Construction Corporation, as owners *pro hac vice* of Deck Barge RG-195, for Exoneration From or Limitation of Liability,<br><br>    Petitioners. | Case No. 02-cv-4254-JPG |

## JUDGMENT

This matter having come before the Court, the parties having agreed to entry of judgment as follows,

IT IS HEREBY ORDERED AND ADJUDGED that judgment in this case is entered in favor of petitioners ATKINSON/DILLINGHAM/LANE, a Joint Venture, and its members, Guy F. Atkinson Construction Corporation, Dillingham Construction, N.A., Inc., and The Lane Construction Corporation, as owners *pro hac vice* of Deck Barge RG-195, and against claimant Eddie E. Mayhall; and that petitioners ATKINSON/DILLINGHAM/LANE, a Joint Venture, and its members, Guy F. Atkinson Construction Corporation, Dillingham Construction, N.A., Inc., and The Lane Construction Corporation, as owners *pro hac vice* of Deck Barge RG-195, are exonerated from all liability arising out of the incident on January 24, 2001, on Deck Barge RG-195, described in this case.

**DATED:** February 13, 2006                                       **NORBERT JAWORSKI**

**Approved:**   s/ J. Phil Gilbert
                   **J. PHIL GILBERT**
                   **DISTRICT JUDGE**